UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 09630
    ANGELA R MILLER
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-4965

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 05/29/2007 and was confirmed 10/04/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 05/29/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EVERHOME MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EVERHOME MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| LANCE S MARTIN | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CHASE BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 531.14 | 26.54 | 531.14 |
| NELNET | NOTICE ONLY | NOT FILED | .00 | .00 |
| NELNET | NOTICE ONLY | NOT FILED | .00 | .00 |
| NELNET | NOTICE ONLY | NOT FILED | .00 | .00 |
| NELNET | NOTICE ONLY | NOT FILED | .00 | .00 |
| SALLIE MAE LSCF | NOTICE ONLY | NOT FILED | .00 | .00 |
| SALLIE MAE LSCF | NOTICE ONLY | NOT FILED | .00 | .00 |
| SALLIE MAE LSCF | NOTICE ONLY | NOT FILED | .00 | .00 |
| SALLIE MAE LSCF | NOTICE ONLY | NOT FILED | .00 | .00 |
| CSAC/ED FUNDING ACCOUNTI | UNSEC W/INTER | .00 | .00 | .00 |
| CSAC/ED FUNDING ACCOUNTI | UNSEC W/INTER | .00 | .00 | .00 |
| CSAC/ED FUNDING ACCOUNTI | UNSEC W/INTER | .00 | .00 | .00 |
| CSAC/ED FUNDING ACCOUNTI | UNSEC W/INTER | .00 | .00 | .00 |
| HOLLYWOOD TOWERS CONDO A | SECURED | .00 | .00 | .00 |
| NATIONAL STUDENT LOAN PR | UNSEC W/INTER | .00 | .00 | .00 |
| ISAC | UNSEC W/INTER | .00 | .00 | .00 |
| DAVID M SIEGEL | DEBTOR ATTY | 3,000.00 | | 3,000.00 |
| TOM VAUGHN | TRUSTEE | | | 269.47 |
| DEBTOR REFUND | REFUND | | | 218.13 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 4,045.28 | |
| PRIORITY | | .00 |
| SECURED | | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 09630 ANGELA R MILLER

```
UNSECURED                                          531.14
    INTEREST                                        26.54
ADMINISTRATIVE                                    3,000.00
TRUSTEE COMPENSATION                               269.47
DEBTOR REFUND                                      218.13
                        ----------------    ----------------
TOTALS                        4,045.28            4,045.28
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
  Dated: 08/27/08             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```